**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 98-6161

—————————

TYRONE TRUSTY,

Petitioner - Appellant,

versus

JOSEPH P. SACCHET; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
97-3477-S)

—————————

Submitted:  July 28, 1998          Decided:  August 25, 1998

—————————

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Tyrone Trusty, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, David Jonathan Taube, Assistant Attorney General, Ann
Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Balti-
more, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Trusty v. Sacchet, No. CA-97-3477-S (D. Md. Jan. 9, 1998). Appellant's motion to compel a party to produce documents is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2